**Electronically Filed
Supreme Court
SCPW-25-0000529
02-JUN-2026
01:06 PM
Dkt. 66 ORD**

SCPW-25-0000529

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————

IN THE MATTER OF MILICA BARJAKTAROVIC

———————————————————————————————

ORIGINAL PROCEEDING
(CAAP-25-0000522; CASE NO. 1CCV-23-0001047)

ORDER
(By: Devens, C.J., McKenna and Eddins, JJ.,
Circuit Judge Souza, in place of Ginoza, J., recused, and
Circuit Judge Malinao, assigned by reason of vacancy)

Before this court is Petitioner's petition for writ of mandamus, filed July 22, 2025, and Petitioner's motion for leave to proceed in forma pauperis, filed July 22, 2025.

Petitioner has not demonstrated a clear and indisputable right to relief. See Womble Bond Dickinson (US) LLP v. Kim, 153 Hawaiʻi 307, 319, 537 P.3d 1154, 1166 (2023).

It is ordered:

1. The petition for writ of mandamus is denied;

2. The filing fee is waived;

3.    Petitioner's motions filed at docket numbers 9, 13, 19, 23, 28, 35, 40, 44, 52, 55, 60, and 62 are denied as moot.

4.    The appellate clerk shall not accept any further filings from Petitioner in this case effective June 15, 2026.

DATED:  Honolulu, Hawai'i, June 2, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins



/s/ Kevin A.K. Souza

/s/ Clarissa Y. Malinao